UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against

                                    06CR1168(CLB)

RICHARD B. SOSCIA

                     ORDER ACCEPTING PLEA ALLOCUTION

BRIEANT, J.


       The Court has reviewed the transcript of the plea allocution in the above entitled

case, the charging papers, and all other pertinent parts of the record. The Report and

Recommendation of the Honorable Mark D. Fox, United States Magistrate Judge, dated,

December 21, 2006  is approved and accepted.


       The Clerk of the Court is directed to enter the plea.


Dated: January 22, 2007

                                 SO ORDERED:

                             _Charles Brieant_

                           CHARLES L. BRIEANT
                      UNITED STATES DISTRICT JUDGE